## KELLEY *v.* ARIZONA

No. 1232, Misc.  Decided June 29, 1970

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Supreme Court of Arizona for further consideration in light of *Chambers* v. *Maroney, ante,* p. 42.

MR. JUSTICE HARLAN would vacate the judgment and remand the case to the Supreme Court of Arizona for the reasons stated in his separate opinion in *Chambers* v. *Maroney, ante,* p. 55.